IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

IN THE MATTER OF:

Inspection of the workplace
located at and near

Case No. 8:25MJ357

Bldg. 1200
305 Looking Glass Avenue
Offutt AFB
Sarpy County, Nebraska 68113

under the control or custody of

AMENTUM SERVICES, INC.

**ADMINISTRATIVE SEARCH WARRANT**

TO:   Scott Jacobson
      Assistant Area Director
      Omaha Area Office
      Occupational Safety and Health Administration

Application having been made, and reasonable cause having been shown for the inspection of the workplace described as Amentum Services, Inc. and located at Bldg. 1200, 305 Looking Glass Avenue, Offutt AFB, Sarpy County, Nebraska 68113.

IT IS HEREBY ORDERED that, pursuant to section 8(a) of the Occupational Safety and Health Act of 1970, 29 U.S.C. §§ 651-678, 657(a), hereinafter referred to as the OSH Act, YOU OR YOUR DULY DESIGNATED REPRESENTATIVES ARE AUTHORIZED to enter the above-described workplace during regular working hours or at other reasonable times, to make an inspection and investigation of potential hazards raised in complaints and potential hazards from exposures to respirable crystalline silica.

The inspection will include relevant records, files, and papers, and any hazards observed in plain view. The inspection will be conducted during regular working hours or at other

reasonable times, within reasonable limits, and in a reasonable manner, including access to employees for voluntary questions in a private setting, and the taking of photographs, videotape, environmental samples (including the use of personal sampling equipment), and measurements when necessary. The compliance officer's credentials will be presented, and the inspection will be commenced as soon as practicable after the issuance of this warrant and will be completed with reasonable promptness.

You are hereby directed not to disclose any information obtained during the inspection that is designated to be a trade secret, as defined by 18 U.S.C. § 1905, except that such information may be disclosed to other officers or employees concerned with carrying out the OSH Act or when relevant in any proceeding under the OSH Act.

A return shall be made to this Court showing that the inspection has been completed. The inspection authorized herein shall be initiated within fourteen (14) days, and a return shall be made to the Court within fourteen (14) days following completion of the inspection.

DATED: 6/4/2025

United States Magistrate Judge

## RETURN OF SERVICE

I hereby certify that a copy of the within warrant was duly served on the company named hereon on

Amazon Services Inc
Bldg 1200-305 Looking Glass Ave
Offutt AFB, Sarpy County, NE 68113

## RETURN

Inspection of the establishment described in this warrant was made on

June 5, 2025 .

Scott Jackson

Compliance Safety and Health Officer
Occupational Safety and Health Administration
United States Department of Labor